CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*

**FILED**

APR 10 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>         Plaintiff,<br><br>vs.<br><br>MS. MONETTE STEPHENS;<br>DEPARTMENT OF CHILD SUPPORT<br>SERVICES (COUNTY OF SAN<br>FRANCISCO).<br><br>         Defendants. | Civil Action No. **CV24-01885-LB**<br><br>**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE** |

   Plaintiff Carl A. Wescott, proceeding *pro se,* hereby dismisses Ms. Monette Stephens without prejudice and also dismisses the DEPARTMENT OF CHILD SUPPORT SERVICES (COUNTY OF SAN FRANCISCO) without prejudice.   Please close the case, thank you.


RESPECTFULLY SUBMITTED


*Carl A. Wescott*
Carl A. Wescott, *pro se*
April 3rd, 2024

**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE**